IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs | ) | Case No. 3:00CR020(1) |
| Mark Brown | ) | |
| | ) | |

ORDER TERMINATING SUPERVISED RELEASE

The above named commenced Supervised Release on July 22, 2009, for a period of 5 years in Case #3:00CR020(1). Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this 12th day of October, 2012

*[signature]*

The Honorable Walter Herbert Rice
U. S. District Court Judge